Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: rgubler@mjohnsonlaw.com

Attorneys for Plaintiff,
MARTHA S. ESPIRITU

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA S. ESPIRITU,<br><br>            Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a national association; PINTAR INVESTMENT COMPANY RESIDENTIAL, L.P., a Delaware limited partnership; QUALITY LOAN SERVICE CORPORATION, a California corporation; PACIFIC COAST TITLE COMPANY, a California corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No. 2:15-CV-01933-JAD-PAL<br><br>Removed From: Clark County, Nevada District Court Case No. A-15-723597-C, Dept. XXXI<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

The parties, by and through their undersigned counsel, stipulate and agree to amend the current discovery scheduling order [Doc. 27], as follows:

1.  Pursuant to LR 26-4, the parties stipulate and agree to the following:

    a.  At this time, no discovery has been completed. Plaintiff initially filed her complaint in the Eighth Judicial District Court of Nevada. On or about October 8, 2015, Capital One, N.A. removed the action, and subsequently filed a dispositive motion on October 22, 2015. The motion and opposition has been

briefed, and a hearing has been set for February 29, 2016, at 11 a.m. before the Honorable Jennifer A. Dorsey. In addition, Plaintiff has sought to consolidate this matter with another (Case No. 2:15-cv-02146) since the case was removed.

    b.    Discovery for the entire case remains to be completed, including depositions, and written discovery.

    c.    An order setting the initial discovery deadlines was entered on January 28, 2016. After holding the 26(f) conference, the parties agreed that extra discovery will be necessary, as all Defendants are foreign entities, that may have witnesses in another state. In addition, discovery has not been completed in anticipation of the February 29, 2016 hearing.

2.    Accordingly, the parties submit the following proposed schedule:

    a.    Last date to complete discovery: August 29, 2016.

    b.    Last date to amend pleadings and add parties: May 31, 2016.

    c.    Last date to file interim status report: June 30, 2016.

    d.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): June 30, 2016.

    e.    Last date to disclose rebuttal experts: July 29, 2016.

    f.    Last date to file dispositive motions: September 28, 2016.

    g.    Last date to file joint pretrial order: October 28, 2016.

////

////

h.  All motions or stipulations to extend discovery shall be received by: August 8, 2016.

IT IS SO STIPULATED AND AGREED.

Dated: February 16, 2016.

| JOHNSON & GUBLER, P.C. | Greenberg Traurig, LLP |
|---|---|
| /s/ Russell G. Gubler | /s/ Eric W. Swanis |
| Matthew L. Johnson (6004)<br>Russell G. Gubler (10889)<br>Lakes Business Park<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 471-0065<br>Facsimile: (702) 471-0075<br>*Attorneys for Martha S. Espiritu* | Eric W. Swanis<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Phone: 702-938-6895<br>*Attorneys for Capital One, N.A.* |
| MCCARTHY AND HOLTHUS | LAW OFFICES OF P. STERLING KERR |
| /s/ Amanda A. Hunt | /s/ Bryan Naddafi |
| Amanda A. Hunt<br>9510 W Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>Phone: 702-685-0329<br>*Attorneys for Quality Loan Services* | Bryan Naddafi<br>2450 St. Rose Pkwy., Suite 120<br>Henderson, NV 89074<br>Phone: 702-451-2055<br>*Attorneys for Pintar* |

## ORDER

The foregoing is approved and shall be the scheduling order in the case.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2016

Submitted By:
 JOHNSON & GUBLER, P.C.

/s/ Russell G. Gubler
_____
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Lakes Business Park
8831 W. Sahara Ave.
Las Vegas, NV 89117

Attorneys for Plaintiff

- 4 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of JOHNSON & GUBLER, P.C. and that on this 18th day of February, 2016, I caused the above and foregoing STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST) to be served:

[ X ]   Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served **via electronic service**; or

[ ]   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; or

[ ]   Pursuant to FRCP 5(b)(2)(D), to be sent **via facsimile;** or

[ ]   to be hand-delivered;

to the attorney(s) listed below at the address and/or facsimile number indicated below:

| | |
|---|---|
| Kristin A Schuler-Hintz: | FDCNV@mccarthyholthus.com |
| Preston S Kerr: | psklaw@aol.com |
| Jacob D Bundick: | bundickj@gtlaw.com, jacksonsa@gtlaw.com, lvlitdock@gtlaw.com, sifuentesl@gtlaw.com, swanise@gtlaw.com |

_____
An employee of JOHNSON & GUBLER, P.C.

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

- 5 -