Matthew L. Johnson (6004)  
Russell G. Gubler (10889)  
JOHNSON & GUBLER, P.C.  
Lakes Business Park  
8831 West Sahara Avenue  
Las Vegas, Nevada 89117  
Phone: (702) 471-0065 / Fax: (702) 471-0075  
Email: rgubler@mjohnsonlaw.com  

Electronically Filed on July 12, 2016

*Attorneys for Plaintiff, MARTHA S. ESPIRITU*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA S. ESPIRITU,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a national association; PINTAR INVESTMENT COMPANY RESIDENTIAL, L.P., a Delaware limited partnership; QUALITY LOAN SERVICE CORPORATION, a California corporation; PACIFIC COAST TITLE COMPANY, a California corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-CV-01933-JAD-PAL<br><br>Removed From: Clark County, Nevada District Court Case No. A-15-723597-C, Dept. XXXI<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to FRCP 5(b), I certify that I am an employee of JOHNSON & GUBLER, P.C. and on the 11th day of July, 2016, I caused a true and correct copy of the *First Amended Complaint* [Dkt 38] to be served by the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada and addressed to the following:

Pacific Coast Title Company  
R/A The Corporation Trust Company of Nevada  
701 South Carson Street, Suite 200  
Carson City, Nevada 89701  

DATED this 12th day of July, 2016.

*/s/ Annabelle M. Nudo*  
An Employee of JOHNSON & GUBLER, P.C.