Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimile: (702) 471-0075
Email: rgubler@mjohnsonlaw.com

*Attorneys for Plaintiff,*
*MARTHA S. ESPIRITU*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA S. ESPIRITU,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a national association; PINTAR INVESTMENT COMPANY RESIDENTIAL, L.P., a Delaware limited partnership; QUALITY LOAN SERVICE CORPORATION, a California corporation; PACIFIC COAST TITLE COMPANY, a California corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-01933-JAD-PAL<br><br>Removed From: Eighth Judicial District Court, Clark County, State of Nevada<br>Case No.: A-15-723597-C<br>Dept. No.: XXXI<br><br>**AFFIDAVIT OF SERVICE** |

Please see the attached *Affidavit of Service*.

DATED this 20th day of July, 2016.

JOHNSON & GUBLER, P.C.

_____
Matthew L. Johnson (6004)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

MARTHA S. ESPIRITU

Plaintiff,

Case No:2:15-CV-01933-JAD-PAL

vs.

CAPITAL ONE, N.A., A NATIONAL ASSOCIATION, ET AL

Defendant

### Affidavit of Service

STATE OF NEVADA
COUNTY OF CARSON CITY      ss.:



WADE MORLAN, being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affiant received copy(ies) of the **FIRST AMENDED COMPLAINT** on 07/11/2016 and served the same on 07/12/2016 at 10:45 AM by delivering and leaving a copy with:

**AUBRE OKEEFE, PROCESS SPECIALIST**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of **THE CORPORATION TRUST COMPANY OF NEVADA**, registered agent for **PACIFIC COAST TITLE COMPANY**, at the registered address of:

Service address: 701 S CARSON CT STE 200, CARSON CITY, NV 89701

A description of AUBRE OKEEFE is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Red | 40-50 | 5ft 2in | 161-170lbs |
| Other Features: | | | | | |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.
I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on
07/13/2016
by WADE MORLAN



Notary Public

X_____
WADE MORLAN
Registration#: R-006823
Reno/Carson Messenger Service(Lic# 322)
185 Martin Street
Reno, NV 89509
775.322.2424
Atty File#: 2:15-CV-01933-JAD-PAL

*79381*