Jacob D. Bundick, Esq. (NV Bar No. 9772)
Eric W. Swanis, Esq. (NV Bar No. 6840)
Lisa J. Zastrow, Esq. (NV Bar No. 9727)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
bundickj@gtlaw.com
swanise@gtlaw.com
zastrowl@gtlaw.com
*Counsel for Defendant Capital One, N.A.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA S. ESPIRITU,<br><br>                    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A., a national association;<br>PINTAR INVESTMENT COMPANY<br>RESIDENTIAL, L.P., a Delaware limited<br>partnership; QUALITY LOAN SERVICE<br>CORPORATION, a California corporation;<br>PACIFIC COAST TITLE COMPANY, a<br>California corporation; DOES I through X, and<br>ROE CORPORATIONS I through X,<br>inclusive,<br><br>                    Defendants. | Case No.      2:15-CV-01933-JAD-PAL<br><br>Removed From:  Clark County, Nevada<br>District Court Case No. A-15-723597-C,<br>Dept. XXXI<br><br>**STIPULATION AND ORDER TO<br>CONTINUE HEARING TIME [75]** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1.      This Court set a hearing [75] on Defendant Capital One, N.A.'s Motion to Extend Time to File a Motion for Summary Judgment [73] for November 22, 2016 at 11:30am.

///

///

Page 1

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1    2.    The parties are in agreement that due to unavoidable conflicts the hearing may be

2    moved to 2:00pm or after on the same day, November 22, 2016.

3    **IT IS SO STIPULATED AND AGREED.**

4

5    Dated November 16, 2016.                    Dated November 16, 2016.

6    GREENBERG, TRAURIG, LLP                      JOHNSON AND GUBLER, PC

7

8    _____/s/ Lisa J. Zastrow_____        _____/s/ Matthew L. Johnson_____
     LISA R. ZASTROW, ESQ.                        MATTHEW L. JOHNSON, ESQ.
9    Nevada Bar No. 9727                          Nevada Bar No. 6004
     3773 Howard Hughes Parkway                   Lakes Business Park
10   Suite 400 North                             8831 W. Sahara Avenue
     Las Vegas, Nevada  89169                     Las Vegas, Nevada 89117
11   *Counsel for Capital One, N.A.*              *Counsel for Plaintiff*

12

13   Dated November 16, 2016.                    Dated November 16, 2016.

14   MCCARTHY & HOLTHUS                           LAW OFFICES OF P. STERLING KERR

15

16   _____/s/ Amanda A. Hunt_____        _____/s/ Taylor Simpson_____
     AMANDA A. HUNT, ESQ.                         TAYLOR SIMPSON, ESQ.
17   Nevada Bar No. 12644                         Nevada Bar No. 13956
     9510 W. Sahara Avenue                        410 S. Rampart Boulevard
18   Suite 200                                    Suite 390
     Las Vegas, Nevada  89117                     Las Vegas, Nevada 89145
19   *Counsel for Quality Loan Services*          *Counsel for Pintar Investment Company
20                                                 Residential, L.P.*

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28                                       Page 2

*Greenberg Traurig, LLP*
*Suite 400 North, 3773 Howard Hughes Parkway*
*Las Vegas, Nevada 89169*
*(702) 792-3773*
*(702) 792-9002 (fax)*

1

<u>ORDER</u>

2

**THE FOREGOING is approved and the Hearing on Plaintiff's Motion to Extend**

3

**Time to File a Motion for Summary Judgment shall be heard on November 22, 2016, at the**

4

**hour of 2:00 p.m.**

5

**IT IS SO ORDERED** this 17th day of November, 2016.

6

7

8

_____

9

UNITED STATES MAGISTRATE JUDGE

10

11

Respectfully submitted by:

12

**GREENBERG TRAURIG, LLP**

13

14

*/s/ LISA J. ZASTROW*
_____

Jacob D. Bundick, Esq. (NV Bar No. 9772)

15

Eric W. Swanis, Esq. (NV Bar No. 6840)
Lisa J. Zastrow, Esq. (NV Bar No. 9727)

16

3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169

17

*Counsel for Defendant Capital One, N.A.*

18

19

20

21

22

23

24

25

26

27

28

Page 3

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)