Jacob D. Bundick, Esq.
(NV Bar No. 9772)
Lisa J. Zastrow, Esq.
(NV Bar No. 9727)
GREENBERG TAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
bundickj@gtlaw.com
zastrowl@gtlaw.com

*Counsel for Defendant Capital One, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA S. ESPIRITU,<br><br>              Plaintiff,<br>v.<br><br>CAPITAL ONE, N.A., a national association; PINTAR INVESTMENT COMPANY RESIDENTIAL, L.P., a Delaware limited partnership; QUALITY LOAN SERVICE CORPORATION, a California corporation; PACIFIC COAST TITLE COMPANY, a California corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>              Defendants. | Case No.     2:15-CV-01933-JAD-PAL<br><br>Removed From:  Clark County, Nevada District Court Case No. A-15-723597-C, Dept. XXXI<br><br><br>**STIPULATION AND ORDER TO CONTINUE REPLY BRIEF DEADLINE** |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1. Defendant Capital One, NA filed a Motion to Strike Jury Demand [Dkt. No. 86]. Plaintiff, Martha S. Espiritu timely opposed the Motion [Dkt. No. 93].  The current deadline for Capital One, NA's Reply is December 29, 2016.

Page 1

LV 420841538v3 157034.011000

2.	The parties are in agreement that due to the holidays, Capital One, NA may file its Reply in Support of Motion to Strike Jury Demand on or before January 4, 2017.

**IT IS SO STIPULATED AND AGREED.**

Dated December 28, 2016.                                  Dated December 28, 2016.

GREENBERG, TRAURIG, LLP                         JOHNSON AND GUBLER, PC


    */s/ Lisa J. Zastrow*                                              */s/ Matthew L. Johnson*
LISA R. ZASTROW, ESQ.                                 MATTHEW L. JOHNSON, ESQ.
Nevada Bar No. 9727                                          Nevada Bar No. 6004
3773 Howard Hughes Parkway                         Lakes Business Park
Suite 400 North                                                    8831 W. Sahara Avenue
Las Vegas, Nevada  89169                                Las Vegas, Nevada 89117
*Counsel for Capital One, N.A.*                        *Counsel for Plaintiff*

## ORDER

**THE FOREGOING is approved and Defendant Capital One, NA shall file any Reply in Support of Motion to Strike Jury Demand on or before January 4, 2017.**

**IT IS SO ORDERED** this 9th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**


    */s/ Lisa J. Zastrow*
Jacob D. Bundick, Esq. (NV Bar No. 9772)
Eric W. Swanis, Esq. (NV Bar No. 6840)
Lisa J. Zastrow, Esq. (NV Bar No. 9727)
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
*Counsel for Defendant Capital One, N.A.*

Page 2

LV 420841538v3 157034.011000