# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Martha Espiritu,

    Plaintiff

v.

Capital One, N.A., et al.,

    Defendants

2:15-cv-01933-JAD-PAL

**Order Granting Motion to Release Supersedeas Bond**

[ECF No. 136]

When Martha Espiritu appealed the order granting summary judgment in favor of the defendants,[1] she posted a $38,000 supersedeas bond to stay that order pending appeal. Espiritu lost that appeal,[2] and defendant Pintar Investment Company Residential, LP now moves to release the supersedeas bond to its counsel's trust account.[3] Espiritu agrees to the release.[4]

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Pintar's Motion to Release Supersedeas Bond **[ECF No. 136] is GRANTED**. **The Clerk of Court is directed to release and pay the $38,000 in cash posted in this action [ECF No. 126] to "The Law Offices of P. Sterling Kerr IOLTA Account"** for the benefit of its client, Pintar Investment Company Residential, LP.

Dated January 2, 2019.

_____
U.S. District Judge Jennifer Dorsey

---

[1] ECF No. 111.

[2] ECF No. 135.

[3] ECF No. 136.

[4] ECF No. 139.